1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7298
6      Facsimile: (415) 436-6748
       Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
9                           UNITED STATES DISTRICT COURT
10                         NORTHERN DISTRICT OF CALIFORNIA
11                                  OAKLAND DIVISION

12  YANA LUKACH,
                                                Case No. 4:24-cv-06748 DMR
13                  Plaintiff,

14          v.                                  **STIPULATION TO STAY PROCEEDINGS;
                                                ORDER**
15  ALEJANDRO N. MAYORKAS, Secretary of
    the United States Department of Homeland
16  Security, *et al.*,

17                  Defendants.

18

19      The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay

20  proceedings in this case for a limited time, until March 14, 2025. The parties make this joint request

21  because they are pursuing an administrative resolution that may render further litigation of this case

22  unnecessary.

23      1.      Plaintiff filed this mandamus action seeking adjudication of her Form I-589, Application

24  for Asylum and Withholding of Removal. United States Citizenship and Immigration Services

25  ("USCIS") scheduled an interview for November 14, 2024. USCIS will work diligently towards

26  completing adjudication of the I-589 application, absent the need for further adjudicative action or

27  unforeseen circumstances that would require additional time for adjudication.

28
    Stipulation to Stay
    4:24-cv-06748 DMR                              1

2. Plaintiff agrees to submit all supplemental documents and evidence to USCIS seven to ten days prior to the agreed upon scheduled interview.  Plaintiff agrees that failure to timely submit this evidence may result in the rescheduling of the interview at no fault of USCIS.

3. If needed by Plaintiff or their dependent(s), Plaintiff shall bring their own interpreter to their asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-provide-interpreters-starting-sept-13.  Plaintiff recognizes that failure to bring an interpreter to their interview may result in the interview being rescheduled at no fault of USCIS.

4. Upon receipt of USCIS' decision, Plaintiff agrees to voluntarily dismiss the case.

5. The parties agree to bear their own litigation costs and attorney fees.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until March 14. 2025, at which time the parties will file a joint status report with the Court.  At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: October 18, 2024

Respectfully submitted,[1]

ISMAIL J. RAMSEY
United States Attorney

 */s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
4:24-cv-06748 DMR                                                                2

Dated: October 18, 2024

/s/ Svetlana L. Kaff
SVETLANA L. KAFF
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  October 22, 2024

IT IS SO ORDERED
Judge Donna M. Ryu

_____
DONNA M. RYU
United States Chief Magistrate Judge