UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANA LUKACH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO N. MAYORKAS, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-06748-DMR<br><br>**ORDER GRANTING MOTION TO CONTINUE STAY AND ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 15 |

On October 22, 2024, the court stayed this case to allow United States Citizenship and Immigration Services time to adjudicate Plaintiff Yana Lukach's application for asylum and withholding of removal. [Docket No. 10.] The parties stipulated to continue the stay until August 20, 2025, on which date the parties were to request a further continuance of the stay, dismissal, or placement of the case back on the court's active docket. [Docket No. 12.] After the parties failed to file anything on August 20, 2025, the court ordered the parties to file a joint status report by August 29, 2025. [Docket No. 13.]

On August 25, 2025, Defendants filed a status report and motion to continue the stay until November 18, 2025. [Docket No. 15 (Mot.).] Defendants state that, on the day of her July 28, 2025 interview, Plaintiff requested to reschedule the interview "as she wished to find a new attorney." *Id.* at 2. Plaintiff was issued a failure to appear notice and has until September 29, 2025 to respond. *Id.*

Although Plaintiff's response to the motion was due August 29, 2025 (Civ. L.R. 7-11(b)), Plaintiff did not file an opposition or otherwise respond. Accordingly, the court GRANTS Defendants' motion and stays the action until November 18, 2025. No later than November 18, 2025, the parties shall file a request to continue the stay, a dismissal of the litigation, or a joint status report.

In addition, Defendants state that Plaintiff's attorney, Svetlana Kaff, "is listed on the California State Bar's website as 'inactive' since July 8, 2025" and that "on July 30, 2025, Plaintiff's counsel filed for Chapter 7 bankruptcy." Mot. at 1-2; *see Law Offices of Svetlana L. Kaff, P.C.*, No. 25-bk-30600 (Bankr. N.D. Cal.). The court is aware that on August 19, 2025, the Honorable Susan Illston referred Ms. Kaff to the Northern District of California's Standing Committee on Professional Conduct after Ms. Kaff failed to appear at a status conference or to respond to an order to show cause. *Demysheva v. Mayorkas*, 24-cv-06750-SI, Docket Nos. 13, 15.

In light of the above, Ms. Kaff is ORDERED TO SHOW CAUSE why she should not be sanctioned for failing to provide a status report by August 29, 2025 and for failing to respond to Defendants' motion. Ms. Kaff shall file a written response that explains the following: (1) the status of this case; (2) Ms. Kaff's inactive status with the State Bar of California; (3) the bankruptcy proceedings for her law firm, Law Offices of Svetlana L. Kaff, P.C.; (4) why she failed to communicate with Defendants' counsel to file joint status reports on August 20 and 29, 2025; (5) why she failed to respond to Defendant's motion; and (6) whether Plaintiff has obtained new counsel for this action and her immigration proceedings and, if not, what steps Ms. Kaff has taken to arrange for new counsel. Ms. Kaff shall file her response no later than **September 9, 2025**. Ms. Kaff shall also serve a copy of her response on Plaintiff and file a proof of service thereof. Ms. Kaff is warned that failure to respond may result in an additional referral to the Standing Committee on Professional Conduct, as well as any other sanctions that may be appropriate.

No later than September 5, 2025, Defendants shall serve a copy of this order on Plaintiff by any means reasonably necessary to provide actual notice, including, but not limited to, serving Plaintiff at the address listed in her petition for writ of mandamus (Docket No. 1 ¶ 1) or a more recent residential address if Defendants are aware of one. Defendants shall promptly file a proof of service thereof.

**IT IS SO ORDERED.**

Dated: September 2, 2025

_____
Donna M. Ryu
Chief Magistrate Judge